**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| **Plaintiff,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION 07-0484-WS-C** |
| **$33,877.73, MORE OR LESS, IN U.S. CURRENCY,** | **:** | |
| | **:** | |
| **Defendant.** | | |

**<u>ORDER</u>**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 15, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 19th day of March, 2008.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE