IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-0484-WS-C |
| **$33,877.73, MORE OR LESS, IN U.S. CURRENCY,** | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff's motion to strike the claim and answer of Ana M. Hernandez (Doc. 21) be **GRANTED**.

**DONE** and **ORDERED** this 19th day of March, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE